| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address<br>Elena Steers, State Bar No. 193237<br>Allen Vaysberg, State Bar No. 248995<br>Cynthia Gibson, State Bar No. 176594<br>LAW OFFICES OF STEERS & ASSOCIATES<br>5900 Sepulveda Blvd., Suite 270<br>Sherman Oaks, CA 91411<br>Telephone: (818) 345-9913<br>Facsimile: (818) 343-6103<br>Email: elena@steerslawfirm.com | FOR COURT USE ONLY<br><br>**FILED & ENTERED**<br><br>**DEC 23 2019**<br><br>**CLERK U.S. BANKRUPTCY COURT**<br>**Central District of California**<br>**BY** egonzale **DEPUTY CLERK** |
|---|---|
| ☐ *Debtor appearing without attorney*<br>☒ *Attorney for: Debtor*<br>☐ *Chapter 13 trustee* | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - SAN FERNANDO VALLEY DIVISION**

| In re:<br><br>Seth Eric Simon<br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br>Debtor(s). | CASE NO.: 1:15-bk-12942-MT<br>CHAPTER: 13<br><br>**ORDER ON:**<br>☐ **DEBTOR'S MOTION TO MODIFY PLAN OR SUSPEND PLAN PAYMENTS**<br>☐ **DEBTOR'S MOTION FOR AUTHORITY TO REFINANCE REAL PROPERTY**<br>☒ **DEBTOR'S MOTION FOR AUTHORITY TO SELL REAL PROPERTY**<br>☐ **DEBTOR'S MOTION FOR AUTHORITY TO ENTER INTO LOAN MODIFICATION**<br>☐ **OTHER:**<br><br>☐ No hearing held<br>☒ Hearing held<br>DATE: 12/17/2019<br>TIME: 11:00 am<br>COURTROOM: 302<br>PLACE: 21041 Burbank Blvd., Woodland Hills, CA 91367 |
|---|---|

Based on Debtor's motion filed on (*date*) 10/3/2019 as docket entry number 95 ~~and the recommendation of the chapter 13 trustee~~, it is ordered that Debtor's motion is:

☐    Granted            ☐    Denied

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2013* | Page 1 | **F 3015-1.14.ORDER.CH13.GENRL**

☐ Granted on the terms set forth in the chapter 13 trustee's comments on or objection to Debtor's motion

☒ Granted on the following conditions:

Secured Creditors U.S. Bank and Bank of New York Mellon must approve of the terms of any sale.

☐ Set for hearing on (*date*) _____ at (*time*) _____ .

###

Date: December 23, 2019

*Maureen A. Tighe* (signature)
Maureen A. Tighe
United States Bankruptcy Judge

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2013*                    Page 2                    **F 3015-1.14.ORDER.CH13.GENRL**